YM

FILED

MARCH 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**08 C 1406**

| | | |
|---|---|---|
| **JOSEPH M. DOETSCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.** |
| | ) | **Plaintiff Demands a** |
| **AT & T OPERATIONS, INC., a Delaware** | ) | **Trial by Jury** |
| **Corporation,** | ) | |
| **Defendant.** | ) | |

JUDGE HIBBLER
MAGISTRATE JUDGE ASHMAN

## COMPLAINT

NOW COMES the Plaintiff, JOSEPH M. DOETSCH (hereinafter "DOETSCH"),

by and through his attorneys, RUNES LAW OFFICES, P.C., and as and for his

Complaint against the defendant, AT & T OPERATIONS, INC. (hereinafter "ATT"),

states as follows:

### PARTIES

1.  Plaintiff DOETSCH is a resident of McHenry, McHenry County, Illinois.

2.  Defendant ATT is a Corporation organized under the laws of Delaware,

authorized to do business in Illinois and doing business at all times relevant in Illinois at

2000 West AT&T Center Drive, Hoffman Estates, Cook County, Illinois.

### JURISDICTION AND VENUE

3.  This action arises under Title VII of the Civil Rights Act of 1964, 42 USCA

§2000e et seq., the Age Discrimination in Employment Act (ADEA), 42 U.S.C. §12117,

and the Americans with Disabilities Act.

4.     Venue is proper in this District pursuant to 28 U.S.C. §1391(c). Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3) and 42 USCA §2000e-5(f)(3).

5.     On July 19, 2007, DOETSCH filed a timely written charge of discrimination with the Equal Employment Opportunity Commission, alleging discrimination on the basis of his age (47) and his disability.  A copy of the charged is attached hereto as Exhibit A.

6.     The charge was subsequently dismissed and a Right-to-Sue letter was issued to DOETSCH on December 10, 2007, which was received on or about December 17, 2007.  A copy of the dismissal and right-to-sue letter is attached hereto as Exhibit B.

<u>COUNT I</u>
<u>DISCRIMINATION ON BASIS OF AGE - FAILURE TO PROMOTE</u>
7.     Plaintiff reasserts and realleges the statements contained in Paragraphs 1-6 as though fully restated herein.

8.     On or about April 2, 1980, DOETSCH began his employment with defendant.  His most recent position was Area Manager.

9.     DOETSCH has performed his work in a satisfactory manner that met the reasonable expectations of the employer.

10.    On February 20, 2007, DOETSCH was discharged from employment with ATT.

11.    The reasons given for disciplining and discharging Plaintiff were pretexts for illegal discrimination on the basis of DOETSCH's age.

12.    As a result of the acts complained of herein, DOETSCH has suffered and will continue to suffer the effects of unlawful discrimination, emotional distress and

mental anguish, loss of career opportunities, lost income, damage to his reputation, and professional development, and other compensable losses and damages.

13.    The described conduct of Defendant constitutes unlawful employment discrimination and constitutes a violation committed with malice or reckless indifference for the Plaintiff's rights pursuant to the Age Discrimination in Employment Act and Defendant is liable to Plaintiff for civil relief and other damages for the violation of DOETSCH's civil rights.

WHEREFORE, Plaintiff JOSEPH M. DOETSCH prays that this Court enter judgment in his favor and against the defendant AT & T OPERATIONS, INC., as follows:

a.    That a finding be entered that the Defendant violated the Age Discrimination in Employment Act and discriminated against Plaintiff;

b.    That all references in Plaintiff personnel file with regard to the adverse action(s) against Plaintiff be expunged;

c.    That Plaintiff be reinstated to his employment and awarded compensatory damages including but not limited to back pay and front pay and restoration of all lost employment benefits resulting from the employer's actions in discharging Plaintiff from employment on February 20, 2007;

d.    That Plaintiff be awarded the maximum punitive damages available by law;

e.    That the Plaintiff be awarded his reasonable attorneys' fees and costs; and

f.    That the Plaintiff be awarded such other and further relief as this Court may deem just and proper.

## COUNT II
## DISCRIMINATION ON BASIS OF RETALIATION

14.    Plaintiff reasserts and realleges the statements contained in Paragraphs 1-13 as though fully restated herein.

15.     Plaintiff was at all times relevant a qualified employee with a disability, specifically alcoholism and severe acid reflux.  Defendant was, through its human resources department and DOETSCH's direct supervisor, aware of this disability as early as 2004.

15.     In 2007 and thereafter, having notice of said disability, Defendant changed the terms and conditions and job description of Plaintiff's employment to include tasks Plaintiff could not perform due to his disability.   Plaintiff requested a reasonable accommodation, specifically performing the job functions at home part of the time and the employer refused this accommodation.

16.     On February 20, 2007, Plaintiff was terminated from his employment with Defendant.  The alleged reason for termination was violation of Defendant's code of conduct.

17.     The reason given for Plaintiff's termination was a pretext for illegal discrimination on the basis of DOETSCH's disability.

18.     On information and belief, DOETSCH's duties were taken over by an employee without a disability.

21.     As a result of the acts complained of herein, DOETSCH has suffered and will continue to suffer the effects of unlawful discrimination, emotional distress and mental anguish, loss of career opportunities, damage to his reputation, and professional development, and other compensable losses and damages.

22.     The conduct of Defendant in discharging Plaintiff from employment constitutes unlawful employment discrimination and constitutes a violation committed with malice or reckless indifference for the Plaintiff's rights pursuant to the Americans

with Disabilities Act, and Defendant is liable to Plaintiff for civil relief and other damages for the violation of DOETSCH's civil rights.

WHEREFORE, Plaintiff JOSEPH M. DOETSCH prays that this Court enter judgment in his favor and against the defendant AT&T OPERATIONS, INC., as follows:

a.     That a finding be entered that the Defendant violated the Americans with Disabilities Act and discriminated against Plaintiff;

b.     That Plaintiff be reinstated to his former position;

c.     That Plaintiff be awarded compensatory damages including but not limited to back pay and front pay and restoration of all lost employment benefits;

d.     That Plaintiff be awarded the maximum punitive damages available by law;

e.     That the Plaintiff be awarded his reasonable attorneys' fees and costs; and

f.     That the Plaintiff be awarded such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues properly submissible to a jury.

Respectfully Submitted,

By:     /s/Kenneth A. Runes_____
        Kenneth A. Runes, one of the
        Plaintiff's Attorneys

Kenneth A. Runes
RUNES LAW OFFICES, P.C.
800 W. Central Road  Suite 104
Mount Prospect, IL 60056
(847) 222-0600

FROM :                              FAX NO. :              Jan. 01 2000 12:04AM  P5

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2007-06472 |

| Illinois Department Of Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Joseph M. Doetsch** | **(847) 669-9983** | **04-29-1960** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2990 Baldwin Lane, Lake In The Hills, IL 60156** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **AT&T** | **500 or More** | **(847) 248-2559** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2000 West At&T Center Drive,  Hoffman Estates, IL 60196** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-01-2006**   Latest **02-20-2007**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on April 02, 1980. I was employed as an Area Manager. I was discharged on February 20, 2007.

I believe that I have been discriminated against because of my age, 47 (DOB: 04/29/60), in violation of the Age Discrimination in Employment Act of 1967, as amended. Also, I believe I have been discriminated against because of disability in violation of the Americans with Disability Act of 1990, as amended.

**RECEIVED EEOC**

**JUL 19 2007**

**CHICAGO DISTRICT OFC**

**EXHIBIT A**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Jul 19, 2007**    *[signature]* Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

FROM :                          FAX NO. :                          Jan. 01 2000 12:03AM P3

EEOC Form 151 (5/98)            **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Joseph M. Doetsch<br>2990 Baldwin Lane<br>Lake In The Hills, IL 60156 | From: Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

      **CERTIFIED MAIL 7099 3400 0014 4054 4826**

☐    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-06472 | Nanisa Pereles,<br>Investigator | (312) 353-8739 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐   While reasonable efforts were made to locate you, we were not able to do so.

☐   You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*        12/10/07

Enclosures(s)             **John P. Rowe,**        *(Date Mailed)*
                       **District Director**

cc:    **AT & T**

                              EXHIBIT B