# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: **08 C 1406**

JOSEPH M. DOETSCH V. AT&T OPERATIONS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Joseph M. Doetsch

**JUDGE HIBBLER**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) Kenneth A. Runes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kenneth A. Runes | |
| FIRM RUNES LAW OFFICES, P.C. | |
| STREET ADDRESS 800 W. Central Road Suite 104 | |
| CITY/STATE/ZIP Mount Prospect, IL 60056 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6207594 | TELEPHONE NUMBER (847) 222-0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT