## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case No.: 08 C 1406

JOSEPH M. DOETSCH,                                            Hon. Judge Hibbler

       Plaintiff,
   vs.                                                              Mag. Judge Ashman
AT&T OPERATIONS, INC., a Delaware Corporation,

       Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
### AT&T OPERATIONS, INC.

| |
|---|
| NAME(Type or Print)<br>Michael A. Warner, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Michael A. Warner, Jr. |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions)<br>**06208011** | TELEPHONE NUMBER<br>Phone:  (312) 786-6141 Fax:  (312) 986-9192 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE        YES  ☒        NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE        YES ☐        NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES  ☒        NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☒        NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |

376108.1