# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No.: 08 C 1406 |
| JOSEPH M. DOETSCH,<br>            Plaintiff, | Hon. Judge Hibbler |
|            vs. | Mag. Judge Ashman |
| AT&T OPERATIONS, INC., a Delaware Corporation,<br>            Defendant | |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**AT&T OPERATIONS, INC.**

| |
|---|
| NAME(Type or Print)<br>William R. Pokorny |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/William R. Pokorny |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| | |
|---|---|
| ID NUMBER (See Item 3 in Instructions)<br>6275705 | TELEPHONE NUMBER<br>Phone:  (312) 786-6141 Fax:  (312) 986-9192 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE | YES ☐ | | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE | YES ☐ | | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | | NO ☒ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐        NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |

376107.1