# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. DOETSCH,<br>  Plaintiff,<br><br>v.<br><br>AT & T OPERATIONS, INC., a Delaware Corporation,<br><br>  Defendant. | No.   08 C 1406<br><br>Judge Hibbler<br><br>Magistrate Judge Ashman |

## DEFENDANT AT&T OPERATIONS, INC.'S
## STATEMENT OF AFFILIATIONS

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 (as amended), Defendant AT&T Operations, Inc. makes the following disclosures:

1.　Defendant AT&T Operations, Inc. is a Delaware corporation.

2.　AT&T Operations, Inc. is a wholly-owned subsidiary of AT&T Inc.  AT&T Inc. is a publicly-traded company.

Respectfully submitted,

AT&T OPERATIONS, INC.


By: s/William R. Pokorny - 06275705
wrp@franczek.com

Michael A. Warner, Jr. - 06208011
maw@franczek.com
William R. Pokorny
Franczek Sullivan PC
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606-6763
(312) 986-0300

Dated:  May 6, 2008

374200.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **Defendant AT&T Operations, Inc.'s Statement of Affiliations** to be filed with the Clerk of the Court and served on this 6th day of May, 2008 on the following counsel of record, via the CM/ECF system:

>Kenneth A. Runes
>Runes Law Offices, P.C.
>800 West Central Road
>Suite 104
>Mount Prospect, IL  60056

>s/William R. Pokorny - 06275705
>wrp@franczek.com

>Michael A. Warner, Jr. - 06208011
>maw@franczek.com
>William R. Pokorny
>Franczek Sullivan PC
>300 South Wacker Drive
>Suite 3400
>Chicago, Illinois 60606-6763
>(312) 986-0300

374200.1