IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. DOETSCH,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AT & T OPERATIONS, INC., a Delaware Corporation,<br>　　　　　　Defendant. | No.　　08 C 1406<br><br>Judge Hibbler<br><br>Magistrate Judge Ashman |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

　　AT&T Operations, Inc., respectfully moves the Court for an extension of time, until June 6, 2008, to file an answer or otherwise respond to Plaintiff's Complaint. AT&T states the following in support of its Motion:

　　1.　　AT&T's answer or response to Plaintiff's Complaint is currently due on May 9, 2008.

　　2.　　Plaintiff died on April 18, 2008. AT&T's counsel learned of Plaintiff's death on May 5, 2008, and contacted Plaintiff's counsel, Kenneth Runes, to ascertain whether Plaintiff's estate intends to proceed with this lawsuit.

　　3.　　Mr. Runes advised AT&T's counsel that he would need some time to confer with Plaintiff's estate and determine whether and how to proceed with this case.

　　4.　　In light of these developments, AT&T requests an extension of time for it to answer or otherwise respond to the Complaint, to and including June 6, 2008.

　　5.　　Plaintiff does not object to this motion.

WHEREFORE, for the foregoing reasons, Defendant AT&T Operations, Inc. requests an extension of time, until June 6, 2008, to file an Answer or otherwise respond to Plaintiff's Complaint.

> Respectfully submitted,
>
> AT&T OPERATIONS, INC.
>
> By: s/William R. Pokorny – 06275705
>     wrp@franczek.com

Michael A. Warner - 06208011
maw@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated: May 6, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** to be filed with the Clerk of the Court and served on this 6th day of May, 2008 on the following counsel of record, via the CM/ECF system:

Kenneth A. Runes
Runes Law Offices, P.C.
800 West Central Road
Suite 104
Mount Prospect, IL  60056

s/William R. Pokorny - 06275705
wrp@franczek.com

Michael A. Warner, Jr. - 06208011
maw@franczek.com
William R. Pokorny
Franczek Sullivan PC
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606-6763
(312) 986-0300

376038.1