IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. DOETSCH,<br>        Plaintiff,<br><br>    v.<br><br>AT & T OPERATIONS, INC., a Delaware Corporation,<br>        Defendant. | No.    08 C 1406<br><br>Judge Hibbler<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:    Kenneth A. Runes
       Runes Law Offices, P.C.
       800 West Central Road
       Suite 104
       Mount Prospect, IL  60056

    PLEASE TAKE NOTICE that on the **Tuesday, May 13, 2008 at 9:30 a.m.**, we shall appear before the **Honorable William J. Hibbler**, **Courtroom 1225**, 219 South Dearborn Street, Northern District of Illinois, Eastern Division, Chicago, Illinois, **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint**, a copy of which is attached hereto and hereby served upon you.

                            Respectfully submitted,

                            AT&T OPERATIONS, INC.

                            By: s/William R. Pokorny – 06275705
                                wrp@franczek.com

Michael A. Warner - 06208011
maw@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated:  May 6, 2008

376110.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **Notice of Motion to Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** to be filed with the Clerk of the Court and served on this 6th day of May, 2008 on the following counsel of record, via the CM/ECF system:

Kenneth A. Runes
Runes Law Offices, P.C.
800 West Central Road
Suite 104
Mount Prospect, IL  60056

s/William R. Pokorny - 06275705
wrp@franczek.com

Michael A. Warner, Jr. - 06208011
maw@franczek.com
William R. Pokorny
Franczek Sullivan PC
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606-6763
(312) 986-0300