# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1406 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Doetsch vs. AT & T Operations | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion for extension of time until 6/6/08 to answer or otherwise respond to plaintiff's complaint is granted. Status hearing to set discovery schedule set for 6/19/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 6/17/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|