IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. DOETSCH,<br><br>            Plaintiff,<br><br>v.<br><br>AT & T OPERATIONS, INC., a Delaware Corporation,<br><br>            Defendant. | No.    08 C 1406<br><br>Judge Hibbler<br><br>Magistrate Judge Ashman |

**DEFENDANT'S MOTION TO STAY PENDING
SUBSTITUTION OF PLAINTIFF'S SUCCESSOR OR REPRESENTATIVE**

    Defendant AT&T Operations, Inc., by its undersigned attorneys, respectfully moves the Court to stay further proceedings in this matter in view of the death of Plaintiff Joseph M. Doetsch, until such time as Plaintiff's successor or representative files an appearance and motion for substitution of party, and to dismiss this action pursuant to Fed. R. Civ. P. 25(a)(1) if no such motion is filed within 90 days of May 6, 2008, *i.e.*, on or before August 4, 2008. In support of its Motion, AT&T states the following:

    1.    Plaintiff Joseph M. Doetsch died on April 18, 2008. AT&T's counsel learned of Plaintiff's death on May 5, 2008, and contacted Plaintiff's counsel, Kenneth Runes, to ascertain whether Plaintiff's estate intends to proceed with this lawsuit.

    2.    Mr. Runes advised AT&T's counsel that he would need some time to confer with Plaintiff's estate and determine whether and how to proceed with this case.

    3.    In light of these developments, AT&T moved for an extension of time for it to answer or otherwise respond to the Complaint, to and including June 6, 2008 (Docket No. 8). The Court granted this motion, and set an initial status hearing for June 19, 2008.

379157.1

4. On May 28, 2008, AT&T's counsel sent an e-mail to Mr. Runes asking whether Plaintiff's estate intends to proceed with this case and, if so, requesting dates for a conference pursuant to Fed. R. Civ. P. 26. Mr. Runes responded that he was still attempting to obtain instructions from the estate.

5. AT&T's counsel followed up with Mr. Runes via e-mail on June 5, 2008. On June 6, 2008, Mr. Runes called AT&T's counsel and advised that he still had not been able to communicate with Plaintiff's estate. Mr. Runes has not communicated with AT&T's counsel since June 6, 2008, and did not return a telephone call from AT&T's counsel on June 13, 2008.

6. Due to Plaintiff's death, the parties have been unable to confer as required by Fed. R. Civ. P. 26 or to agree upon a discovery schedule as required by this Court's order of May 14, 2008.

7. Fed. R. Civ. P. 25(a)(1) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

8. AT&T's earlier Motion for Extension of Time (Docket No. 8) was filed and served on May 6, 2008, and includes a "statement noting the death" (*see* Paragraph 2).

WHEREFORE, AT&T respectfully asks that the Court stay further proceedings in this matter until such time as Plaintiff's successor or representative files an appearance and motion for substitution pursuant to Fed. R. Civ. P. 25(a)(1), and to dismiss this action if no such motion is filed within 90 days of May 6, 2008, *i.e.*, on or before August 4, 2008.

        Respectfully submitted,
        AT&T OPERATIONS, INC.,

        By: <u>s/William R. Pokorny - 06275705</u>

Michael A. Warner, Jr.
William R. Pokorny
Franczek Sullivan PC
300 South Wacker Drive
Suite 3400
Chicago, IL 60606
(312) 986-0300

Dated: June 16, 2008

3

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he caused a true and correct copy of the foregoing **DEFENDANT'S MOTION TO STAY PENDING SUBSTITUTION OF PLAINTIFF'S SUCCESSOR OR REPRESENTATIVE** to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on the 16th day of June, 2008:

      Kenneth A. Runes
      Runes Law Offices, P.C.
      800 West Central Road
      Suite 104
      Mount Prospect, IL  60056


                By: s/ William R. Pokorny
                    William R. Pokorny – 6275705
                    wrp@franczek.com


                    Michael A. Warner, Jr. - 06208011
                    maw@franczek.com
                    William R. Pokorny
                    Franczek Sullivan PC
                    300 South Wacker Drive
                    Suite 3400
                    Chicago, IL  60606-6763
                    (312) 986-0300

379157.1