# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. DOETSCH,<br>         Plaintiff,<br><br>         v.<br><br>AT & T OPERATIONS, INC., a Delaware Corporation,<br>         Defendant. | No.   08 C 1406<br><br>Judge Hibbler<br><br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:   Kenneth A. Runes
      Runes Law Offices, P.C.
      800 West Central Road
      Suite 104
      Mount Prospect, IL  60056

   PLEASE TAKE NOTICE that on the **Thursday, June 19, 2008 at 9:30 a.m.**, we shall appear before the **Honorable William J. Hibbler**, **Courtroom 1225**, 219 South Dearborn Street, Northern District of Illinois, Eastern Division, Chicago, Illinois, **DEFENDANT'S MOTION TO STAY PENDING SUBSTITUTION OF PLAINTIFF'S SUCCESSOR OR REPRESENTATIVE**, a copy of which is attached hereto and hereby served upon you.

                                        Respectfully submitted,

                                        AT&T OPERATIONS, INC.

                                        By: s/William R. Pokorny – 06275705
                                              wrp@franczek.com

Michael A. Warner - 06208011
maw@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL  60606-6785
(312) 986-0300

Dated:  June 16, 2008

379277.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing **Notice of Motion to DEFENDANT'S MOTION TO STAY PENDING SUBSTITUTION OF PLAINTIFF'S SUCCESSOR OR REPRESENTATIVE** to be filed with the Clerk of the Court and served on this 16th day of June, 2008 on the following counsel of record, via the CM/ECF system:

>Kenneth A. Runes
>Runes Law Offices, P.C.
>800 West Central Road
>Suite 104
>Mount Prospect, IL  60056

>s/William R. Pokorny - 06275705
>wrp@franczek.com

>Michael A. Warner, Jr. - 06208011
>maw@franczek.com
>William R. Pokorny
>Franczek Sullivan PC
>300 South Wacker Drive
>Suite 3400
>Chicago, IL  60606-6763
>(312) 986-0300

2

379277.1